UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Joseph Ryan Griffin**                                      Docket No. 4:12-CR-41-1H

**Petition for Action on Supervised Release**

COMES NOW C. Lee Meeks, Jr., U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Joseph Ryan Griffin, who, upon an earlier plea of guilty to Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A), Possession of a Stolen Firearm, in violation of 18 U.S.C. § 922(j), and two counts of Aiding and Abetting, in violation of 18 U.S.C. §§ 2, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on August 14, 2012, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Joseph Ryan Griffin was released from custody on November 30, 2016, at which time the term of supervised release commenced.

On December 18, 2017, the court approved a Violation Report agreeing to take no action after the defendant submitted to urinalysis that returned positive for illegal drug use, and was in arrears on his court indebtedness. Griffin was referred for substance abuse counseling as a result of the positive drug test.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On June 19, 2018, the defendant submitted to urinalysis that returned positive for marijuana and cocaine. When confronted with the violation, the defendant admitted to the validity of the test results and reported he was continuing to struggle with drug use. As a result of the positive drug test, the probation officer contacted PORT Health Services in New Bern, North Carolina, where Griffin is attending substance abuse treatment. Consequently, substance abuse counseling is being increased.

Since the Violation Report dated December 15, 2017, the defendant submitted a $100 payment towards the court indebtedness. However, he remains in arrearage. Griffin reported he will attempt to make a payment within the next week, and that he plans to seek financial assistance from his family and/or employer to bring the arrearage current. The probation officer will continue to monitor the defendant's efforts to submit payments in a timely manner. Additionally, the probation officer will pursue a garnishment order with Griffin's employer.

As a sanction for testing positive for illegal substances, the probation officer respectfully recommends the conditions of supervised release be amended to include a 30 day curfew with location monitoring. This sanction will serve as a deterrent to continued drug use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Joseph Ryan Griffin
Docket No. 4:12-CR-41-1H
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5105
Executed On: August 3, 2018

### ORDER OF THE COURT

Considered and ordered this 6th day of August 2018 and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge