UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Joseph Ryan Griffin**  Docket No. 4:12-CR-41-1H

**Petition for Action on Supervised Release**

COMES NOW C. Lee Meeks, Jr., U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Joseph Ryan Griffin, who, upon an earlier plea of guilty to Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A), Possession of a Stolen Firearm, in violation of 18 U.S.C. § 922(j), and two counts of Aiding and Abetting, in violation of 18 U.S.C. § 2, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on August 14, 2012, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Joseph Ryan Griffin was released from custody on November 30, 2016, at which time the term of supervised release commenced.

On December 18, 2017, the court approved a Violation Report agreeing to take no action after the defendant submitted to urinalysis that returned positive for illegal drug use and was in arrears on his court indebtedness. Griffin was referred for substance abuse counseling as a result of the positive drug test.

On August 6, 2018, the court approved a Petition for Action on Supervised Release ordering the defendant to adhere to a 30-day curfew with electronic monitoring after the defendant submitted to urinalysis that returned positive for illegal drug use. Increased substance abuse counseling was also recommended.

On April 25, 2019, the court approved a Petition for Action on Supervised Release ordering the defendant to participate in the home detention program for a period not to exceed 30 days, with electronic monitoring, after the defendant submitted to urinalysis that returned positive for illegal drug use, and was in arrears on his court indebtedness.

On January 7, 2020, the court approved a Petition for Action on Supervised Release ordering the defendant to adhere to a 60-day curfew with electronic monitoring and alcohol abstinence after the defendant submitted to urinalysis that returned positive for illegal drug use.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 18, 2020, the defendant submitted to urinalysis that returned positive on an instant field test. When confronted with the violation, Griffin admitted that on or about February 15, 2020, he walked to his neighbor's house and consumed a beer. The defendant also admitted that after smoking a cigarette he borrowed from a person next door, he felt strange. The defendant did not contest the validity of the drug test results. After the home contact concluded, the probation officer transported Griffin to PORT Health Services in Morehead City, North Carolina, where he will be receiving substance abuse counseling services. According to the defendant, he met with staff and has scheduled another appointment to begin treatment services. On February 23, 2020, the drug test returned positive for cocaine from the laboratory.

As a sanction for violating the alcohol abstinence condition and testing positive for illegal substances, the probation officer respectfully recommends the previously imposed 60-day curfew with electronic monitoring be modified to 90 days home detention with electronic monitoring. As a result of this modification, the curfew will be replaced with home detention for the remaining period of location monitoring with a new termination date of April 11, 2020. This sanction has been effective previously with limiting Griffin's activities without causing scheduling difficulties with employment. In consideration of the defendant's financial obligation to the court, it is recommended the government pay for the electronic monitoring services. The defendant will be participating in substance abuse counseling to address his continued addiction issues. Additionally, the probation officer will continue efforts to address the defendant's thinking through cognitive initiatives.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant's 60-day curfew with electronic monitoring is modified to 90 days home detention with electronic monitoring. The defendant shall abide by all conditions and terms of the home detention program for the remaining period of location monitoring ending April 11, 2020. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ David W. Leake<br>David W. Leake<br>Supervising U.S. Probation Officer | /s/ C. Lee Meeks, Jr.<br>C. Lee Meeks, Jr.<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-346-5105<br>Executed On: February 25, 2020 |

Joseph Ryan Griffin
Docket No. 4:12-CR-41-1H
Petition For Action
Page 3

**ORDER OF THE COURT**

Considered and ordered this ___3rd___ day of ___MARCH___, 2020, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge